IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

METROPOLITAN LIFE INSURANCE COMPANY,
a New York corporation,

       Plaintiff,

vs.                                            Civ. No. 01-205 JP/WWD ACE

THE HARTFORD FINANCIAL SERVICES GROUP,
INC., f/k/a ITT HARTFORD GROUP, INC., and
HARTFORD FIRE INSURANCE COMPANY,

       Defendants.

## MEMORANDUM OPINION AND ORDER

This matter comes before the Court *sua sponte* following an *in camera* inspection of documents submitted to the Court in response to my Memorandum Opinion and Order entered November 16, 2001. I have reviewed the documents in question and find that they are entitled to protection as work product. Nevertheless, the persons who prepared the documents can be examined as to the facts set forth in the documents even though opinions rendered in connection with those facts may not be discoverable.

       **WHEREFORE,**

       **IT IS ORDERED** that the documents submitted with Plaintiff's Notice of Submission of Documents for *In Camera* Inspection be returned directly to Plaintiff, whose counsel may pick them up at the office of the undersigned.

       **IT IS FURTHER ORDERED** that Plaintiff may take the depositions of Darrell Smith, Kent Walters, and Thomas Ross, upon proper notice.

                                                        _____
                                                          UNITED STATES MAGISTRATE JUDGE