IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

METROPOLITAN LIFE INSURANCE
COMPANY, a New York corporation,

       Plaintiff,

vs.                                                Civ. No. 01-205 MCA/WWD ACE

THE HARTFORD FINANCIAL SERVICES
GROUP, INC., f/k/a ITT HARTFORD GROUP,
INC., and HARTFORD FIRE INSURANCE COMPANY,

       Defendants.

## MEMORANDUM OPINION AND ORDER

This matter comes before the Court upon the Motion to Amend Initial Pretrial Report and to Extend Pretrial Deadlines [docket no. 40] filed by the Plaintiff on October 24, 2001. Apparently no response was filed to the motion nor was a reply filed indicating that the Defendants had failed to respond and asking for a ruling. It appears that events after the filing of the motion have taken care of the problems the motion seeks to address; otherwise, a new motion may be filed.

**WHEREFORE,**

**IT IS ORDERED** that Plaintiff's Motion to Amend Initial Pretrial Report and to Extend Pretrial Deadlines [docket no. 40] be, and it is hereby, DENIED.

                                                            UNITED STATES MAGISTRATE JUDGE